

# Fourth Court of Appeals
## San Antonio, Texas

October 9, 2019

No. 04-19-00667-CV

Monica Teresa **WADE**,
Appellant

v.

Robert Craig **MCKINLEY**, Jr.,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2019CV07559
Honorable J Frank Davis, Judge Presiding

# O R D E R

Sitting:     Luz Elena D. Chapa, Justice
           Irene Rios, Justice
           Beth Watkins, Justice

Appellee has filed a letter stating appellant's appeal in this forcible detainer action is a delay tactic. The letter requests dismissal of this appeal and an award of damages. We construe the letter as a motion to involuntarily dismiss this appeal. We may involuntarily dismiss a civil appeal for want of jurisdiction, for want of prosecution, or because appellant failed to comply with a rule of appellate procedure, a notice from the clerk of this court, or an order of this court. *See* TEX. R. APP. P. 42.3. Because appellee's motion does not show any of these conditions have been satisfied, the motion for involuntary dismissal of this appeal is denied.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of October, 2019.



Luz Estrada,
Chief Deputy Clerk